JULIAN J. JOYCE, ET UX. *v.* DILLON PROPERTIES, INC.

[No. 76, October Term, 1942.]

*Decided December 7, 1942.*

The cause was argued before SLOAN, JOHNSON, DELAPLAINE, COLLINS, FORSYTHE, and GRASON, JJ.

*Walter V. Green,* with whom was *Jerrold V. Powers, Ralph W. Powers* and *Green & Powers* on the brief, for the appellants.

*J. Dudley Digges*, with whom was *Sasscer & Digges* on the brief, for the appellee.

GRASON, J., delivered the opinion of the Court.